**E-filed 2/23/07**

1  JOHN M. SKONBERG, Bar No. 069409
   RONALD D. ARENA, Bar No. 218421
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:    415.433.1940
   Facsimile:    415.399.8490
5  Email:        rarena@littler.com

6  Attorneys for Plaintiff
   AMERICAN MEDICAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AMERICAN MEDICAL SYSTEMS, INC., | Case No. C06-07083 JF |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | Complaint Filed: November 16, 2006 |
| ALLAN DANTO, DANTO & ASSOCIATES, and DOES 1-100 inclusive, | Trial date: None set |
| Defendants. | |

The parties to the above captioned action, by and through their attorneys, hereby stipulate and agree as follows:

1.  The parties to the above-captioned lawsuit have recently finalized the terms of a settlement in the above-referenced matter, though the settlement agreement has not been signed and the terms of the settlement agreement have not yet been fulfilled.  As part of the settlement, the materials identified in the Complaint will be destroyed and/or erased by a neutral expert to be agreed-upon by the parties.  In lieu of filing a case management conference statement, the parties respectfully request that the case management conference (currently scheduled for February 23, 2007), and all associated deadlines, be continued for 60 days to give the parties an opportunity to finalize the settlement agreement and to satisfy the terms of the settlement agreement.

2. Moreover, the parties respectfully request that, until the terms of the settlement have been fulfilled and the case is dismissed, the Court retain jurisdiction over the matter to resolve any disputes which may arise in connection with the settlement and resolution of this matter.

The Case Management Conference is continued to 4/27/07 at 10:30.

SO STIPULATED:

Dated: February 16, 2007

```
                          /s/
             _____
             RONALD D. ARENA
             LITTLER MENDELSON, P.C.
             Attorneys for Plaintiff
             AMERICAN MEDICAL SYSTEMS, INC.
```

Dated: February 16, 2007

```
                          /s/
             _____
             LOUIS A. STORROW
             LAW OFFICES OF LOUIS A. STORROW
             Attorneys for Defendants
             ALLAN DANTO and DANTO &
             ASSOCIATES
```

SO ORDERED:

Dated: February 23, 2007

_____
HON. JEREMY FOGEL
JUDGE OF THE U.S. DISTRICT COURT

Firmwide:82051658.1 051095.1004

2.   Case No. C06-07083 JF
STIPULATION AND [PROPOSED] ORDER

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940