**E-filed 3/15/07**

1  JOHN M. SKONBERG, Bar No. 069409
   RONALD D. ARENA, Bar No. 218421
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:     415.433.1940
   Facsimile:     415.399.8490
5  Email:         rarena@littler.com

6  Attorneys for Plaintiff
   AMERICAN MEDICAL SYSTEMS, INC.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10 | AMERICAN MEDICAL SYSTEMS, INC.,          Case No. C06-07083 JF
11 |
   |         Plaintiff,                       **STIPULATION AND [PROPOSED]
12 |                                          ORDER DISMISSING ACTION**
   |     v.
13 |
   | ALLAN DANTO, DANTO &
14 | ASSOCIATES, and DOES 1-100
   | inclusive,
15 |
   |         Defendants.
16

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**STIPULATION OF DISMISSAL**                           **Case No. C06-07083 JF**

1  WHEREAS an action was commenced by Plaintiff AMERICAN MEDICAL
2  SYSTEMS, INC. ("Plaintiff") against Defendants ALLAN DANTO and DANTO & ASSOCIATES
3  ("Defendants"); and

4  WHEREAS the parties to the action have reached a resolution of this matter.

5  IT IS HEREBY STIPULATED by and through counsel for the parties to this action
6  that Plaintiff's Complaint is hereby dismissed and the parties shall bear their own costs and fees.

7  SO STIPULATED:

8  Dated: March 12, 2007

          /s/
RONALD D. ARENA
LITTLER MENDELSON, P.C.
Attorneys for Plaintiff
AMERICAN MEDICAL SYSTEMS, INC.

Dated: March 12, 2007

          /s/
LOUIS A. STORROW
LAW OFFICES OF LOUIS A. STORROW
Attorneys for Defendants
ALLAN DANTO and DANTO & ASSOCIATES

SO ORDERED:

Dated: March 15, 2007

HON. JEREMY FOGEL
JUDGE OF THE U.S. DISTRICT COURT

Firmwide:82176858.1 051095.1004

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

2.

**STIPULATION OF DISMISSAL**                                    Case No. C06-07083 JF